## McGREGOR *v.* PILCHER *et al.*

ATKINSON, J. There being no complaint that any error was committed upon the trial, and the evidence being sufficient to authorize the verdict, the court did not err in refusing a new trial.

*Judgment affirmed. All the Justices concur.*
AUGUST 13, 1913.

Complaint. Before Judge Walker. Warren superior court. July 20, 1912.

*John T. West* and *William M. Hawes,* for plaintiff.
*E. P. Davis* and *M. L. Felts,* for defendants.